521i (rev 01/10)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| James Michael Brolley | Chapter | 7 |
| **Debtor(s)** | Case No. | 5:10–bk–08052–JJT |

## ORDER DISMISSING CASE UNDER 11 U.S.C. §521(i)(1)

It appearing the above−named debtor(s) has/have failed to file documents required pursuant to the Bankruptcy Act of 2005, it is hereby,

ORDERED that the case of the above−named debtor(s) be and is hereby dismissed. The trustee hereby is discharged from further responsibility in this case, and it is further

ORDERED that all pending actions in this case are hereby dismissed.

Dated: 11/26/10

BY THE COURT

United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*