# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AGarner | Date Created: 11/26/2010 |
| Case: 5:10–bk–08052–JJT | Form ID: 521i | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Michael G Oleyar (Trustee)    mgoleyar@yahoo.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    James Michael Brolley    150 Laurel Rd    Mountaintop, PA 18707
cr    Wells Fargo Home Mortgage    1 Home Campus    Des Moines, IA 50328–0001
3688625    EMC Mortgage Corporation    909 Hidden Ridge Drive    Suite #200    Irving TX 75038
3688626    Joseph P Schlak, Esquire    Phelan Hallinan Schmieg    126 Locust Street    Harrisburg PA 17101

    TOTAL: 4